SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
KATHERINE P. VILCHEZ (SBN: 212179)
kvilchez@grsm.com
TRINA M. CLAYTON (SBN: 204215)
tclayton@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

Attorneys for Defendant
FCA US LLC

Tionna Dolin (SBN 299010)
tdolin@slpattorney.com
Rebecca E. Neubauer (SBN 333904)
rneubauer@slpattorney.com
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiff
RICHARD BAMBULA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BAMBULA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:22-CV-00996-MCE-KJN<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT; ORDER**<br><br>Complaint Filed:　June 7, 2022<br>Trial Date:　　　None set |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant FCA US LLC may have additional time within which to answer or otherwise respond to Plaintiff RICHARD BAMBULA's ("Plaintiff") Complaint. Therefore, the last day for FCA US LLC to answer or otherwise respond to Plaintiff's complaint is Tuesday, July 12, 2022.

Good cause exists for this extension as defense counsel has just been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading.

This document is being electronically filed through the Court's ECF System. In this regard, counsel for FCA US LLC hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Respectfully submitted,

Dated: July 8, 2022          GORDON REES SCULLY MANSUKHANI, LLP

By:   /s/ Trina M. Clayton
      Spencer P. Hugret
      Katherine P. Vilchez
      Trina M. Clayton
      Attorneys for Defendant
      FCA US LLC

Dated: July 8, 2022          STRATEGIC LEGAL PRACTICES, APC

By:   /s/ Rebecca E. Neubauer
      Tionna Dolin
      Rebecca E. Neubauer
      Attorneys for Plaintiff
      RICHARD BAMBULA

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT Defendant FCA US LLC should answer or otherwise respond to Plaintiff's complaint on or before Tuesday, July 12, 2022.

IT IS SO ORDERED.

Dated: July 8, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE