UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BAMBULA,<br><br>    Plaintiff,<br><br>    v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive,<br><br>    Defendants. | No. 2:22-cv-00996-MCE-KJN<br><br>**ORDER** |

Having considered the parties' Stipulation to Continue Dates, ECF No. 15, and finding good cause, the Court GRANTS the Stipulation. The deadlines are continued as follows:

    1.    Completion of All Fact Discovery:  October 31, 2023

    2.    Initial Expert Witness Disclosures & Report:  December 29, 2023

    3.    Supplemental Expert Witness Disclosures & Report:  January 26, 2024

    4.    Dispositive Motion Filing Deadline:  April 26, 2024

    5.    Deadline to File Joint Notice of Trial Readiness:  Not later than 30 days after receiving the Court's ruling(s) on the last filed dispositive motion(s).

///

///

6. If the parties do not intend to file dispositive motions, the parties shall file a Joint Notice of Trial Readiness not later than 30 days after the close of supplemental expert witnesses: <u>February 23, 2024</u>.

IT IS SO ORDERED.

Dated: July 6, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE