# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BAMBULA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 2:22-cv-000996-MCE-KJN<br><br>District Judge: Morrison C. England, Jr<br><br>**ORDER** |

　　Plaintiff RICHARD BAMBULA ("Plaintiff") accepted Defendant FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on December 11, 2023.

　　Accordingly, pursuant to the agreement of the parties, the Clerk of the Court is hereby directed to enter judgment in favor of Plaintiff in the amount of $84,668.64 pursuant to the terms of the Rule 68 Offer.

　　IT IS SO ORDERED.

Dated: January 18, 2024

_/s/ Morrison C. England, Jr._
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1
**ORDER**