UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BAMBULA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00996-MCE-KJN<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER TO CONTINUE PLAINTIFF'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES AND JURISDICTION** |

　　　　On April 12, 2024, both Parties filed a Joint Stipulation to Continue Court's Jurisdiction Over Settlement filed by the parties.

　　　　The Court, having considered the Parties' Joint Stipulation and finding good cause therefore, hereby GRANTS the Joint Stipulation and ORDERS as follows:

　　　　1. The Joint Stipulation is Granted;
　　　　2. The Court continues the filing deadline of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses from April 16, 2024 to June 17, 2024; and

///

///

-1-

3. The Court retains Jurisdiction over the action until Plaintiff's fees, costs, and expenses are decided and funding satisfied.

IT IS SO ORDERED.

Dated: April 17, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE