# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BAMBULA, | Case No. 2:22-cv-00996-MCE-KJN |
| Plaintiff, | District Judge: Morrison C. England |
| vs. | **ORDER** |
| FCA US LLC; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff RICHARD BAMBULA ("Plaintiff") and Defendant FCA US LLC have agreed FCA US LLC will pay $13,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

///

///

///

///

///

///

1

**ORDER**

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $13,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff by August 13, 2024.

IT IS SO ORDERED.

Dated:  July 16, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE